**ERIC A. LIEPINS**
**ERIC A. LIEPINS, P.C.**
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - Telefax

Proposed Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| AE HOTEL, LLC | § | |
| | § | Case no. 21-70025-11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

AMENDED AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2014(a)

STATE OF TEXAS §
§
COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this day personally appeared, ERIC A. LIEPINS, being known to me to be the person whose name is subscribed to this Affidavit, and after having been duly sworn, did depose and state the following:

1. "I am the sole shareholder with the law firm of Eric A. Liepins, P.C. (hereinafter referred to as the "Firm"). I am fully authorized to make this Affidavit on behalf of the Firm. This Affidavit is made and based upon personal knowledge of the matters contained herein, and is true and correct.

2. This Affidavit is made pursuant to Bankruptcy Rule 2014(a) and is intended to

disclose the Firm's representation of and connections with the Debtor herein and creditors or other parties-in-interest in this case.

3. Prior to making this Affidavit, the Firm conducted an internal conflicts check designed to identify past or present relationships with any of the foregoing parties.

4. Prior to the engagement of the Firm to represent the Debtor in this proceeding, the Firm had not previously represented the Debtor. The Firm had not previously represented the Debtor or any of its principals. The Firm does not and represent any interest adverse to the Estate of the Debtor. I have no connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

5. The Firm was paid a retainer of $10,000 plus the filing fee.

_/s/ Eric Liepins_____

ERIC A. LIEPINS

SUBSCRIBED AND SWORN TO BEFORE ME on this the 3rd of March, 2021, by the said Eric A. Liepins, to certify which witness my hand and official seal.

___/s/ Martha Esquino_____
Notary Public, in and for the
State of Texas